# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                    Case No.: 1:15−cr−00399
                                                      Honorable Manish S. Shah

Theodore J Wojtas Jr., et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 10, 2018:

      MINUTE entry before the Honorable Manish S. Shah: as to Theodore J. Wojtas, Jr. Counsel for the defendant reports that she is unable to appear for sentencing on 7/11/18. With no objection from the government, the sentencing will be reset. The court expects the parties to be available for sentencing on 7/17, 7/18, or 7/19. Notices mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.