# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:15−cr−00399
Honorable Manish S. Shah

Theodore J Wojtas Jr., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

MINUTE entry before the Honorable Manish S. Shah: as to Theodore J. Wojtas, Jr. Sentencing held as to defendant Theodore J. Wojtas. The court orally pronounces sentence. The court commits defendant to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 66 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years, with conditions as stated on the record. The defendant is ordered to pay restitution in the amount of 14,745,882.97 and a special assessment of $600, due immediately. Defendant's oral motion to extend his surrender date is granted. Defendant shall surrender to the institution designated by the Bureau of Prisons by 2:00 p.m. on 12/5/18. Judgment order to follow. At defense counsel's request, the Clerk's office shall file a notice of appeal after the entry of judgment. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.