# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
## Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                          Case No.: 1:15–cr–00399
                                                            Honorable Manish S. Shah

Theodore J Wojtas Jr., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 26, 2018:

        MINUTE entry before the Honorable Manish S. Shah: as to Theodore J. Wojtas, Jr. The motion for leave to proceed in forma pauperis [420] is granted. The Clerk is directed to forward a copy of this order to the court of appeals in regards to case no. 18–2737. No appearance on the motion is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.