# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

, et al.

Defendant.

Case No.: 1:15–cr–00399
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2019:

MINUTE entry before the Honorable Manish S. Shah: Motion hearing held on 3/26/2019. For reasons stated on the record, Defendant Wojtas' Emergency motion to extend surrender date [516] is granted in part and denied in part. Defendant Wotjas to surrender by 4/2/2019. No further extensions allowed. The Government's oral motion for Defendant Wotjas to sign a release for access to his medical records is denied. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.